IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LORI LEE HILL, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:11-0853 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| CAPTAIN B. YOUNG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 22) recommending that this action be transferred to the Western District of Tennessee because the facts giving rise to Plaintiff's claim arose while Plaintiff was incarcerated at the Mark Luttrell Correctional Center ("MLCC") in Memphis, Tennessee. To date, Plaintiff has not filed any objections within the time provided by Fed. R. Civ. P 72(b).

After de novo review, the Court **ADOPTS** the Report and Recommendation (Docket Entry No. 22) and this action is **TRANSFERRED** to the Western District of Tennessee, Western Division pursuant to 28 U.S.C. § 1391.

It is so **ORDERED**.

ENTERED this the ___16___ day of October, 2011.

WILLIAM J. HAYNES, JR.
United States in Judge